

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Michael Ray Alcorta,          * From the 106th District Court
of Dawson County
Trial Court No. 17-7751.

Vs. No. 11-18-00030-CR          * July 12, 2018

The State of Texas,          * Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.